IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUANNAH HARRIS, d/b/a LAST MINUTE CUTS, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-898-E-BN |
| SALMON SIMS THOMAS, PLLC, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore (1) **GRANTS** the motion to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6), (ECF No. 18); (2) **DENIES AS MOOT** the motion under Federal Rule of Civil Procedure 12(b)(5), (ECF No. 19); and (3) **GRANTS** Plaintiff leave to file a second amended complaint no later than **21 days** after entry of this order. **Failure to file a timely second amended complaint may result in entry of final judgment dismissing this lawsuit with prejudice without further notice from the Court.**

**SO ORDERED:** August 7, 2023.

*Ada Brown*
Ada Brown
UNITED STATES DISTRICT JUDGE